## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☑ COMPLAINT ☐ INFORMATION ☐ INDICTMENT

**OFFENSE CHARGED**

Conspiracy and Possession with intent to distribute approximately 1 kilogram or more of methamphetamine, a schedule 1 controlled substance.

☐ Petty
☐ Minor Misde-meanor
☑ Felony

Place of Offense

Brownsville, Texas

U.S.C. Citation

21 USC 841 & 846

---

Name of District Court, and/or Judge/Magistrate Location (City)

Southern District of Texas
U.S. Magistrate Judge Ronald G. Morgan
Brownsville, Texas

B-15-988-MJ-01   United States District Court
Southern District of Texas

**DEFENDANT** - U.S. vs.

▶ Trevino, Juan

FILED

OCT 2 7 2015

Address { No Address
City, State

David J. Bradley, Clerk of Court

Birth Date _____

☑ Male   ☐ Alien
☐ Female   (if applicable)

(Optional unless a juvenile)

---

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Drug Enforcement Administration

☐ person is awaiting trail in other Federal or State court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO. }

MAGISTRATE CASE NO.
▶

Name and Office of Person Furnishing Information on THIS FORM

DEA SA Joseph Feldman

☑ U.S. Att'y  ☐ Other U.S.

Name of Asst. U.S. Att'y (if assigned)

---

**DEFENDANT**

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding
If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

_____

**IS IN CUSTODY**

4) ☑ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on the charges
If answer to (6) is "Yes", show name of institution

} ☑ Fed'l  ☐ State

Has detainer been filed ?  ☐ Yes
☑ No

If "Yes" give date filed _____

**DATE OF ARREST** ▶ _____

Or ... if Arresting Agency & Warrant were not Federal

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ _____

☐ This report amends AO 257 previously submitted

---

*ADDITIONAL INFORMATION OR COMMENTS*